Imogene REED, Plaintiff–Appellant,

v.

WESTERN STATES LIFE INSURANCE COMPANY, Defendant–Respondent.

No. WD 44305.

Missouri Court of Appeals,
Western District.

Sept. 10, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 1991.

Donald H. Loudon, Jr., Joseph K. Lewis, Jr., Kansas City, for plaintiff-appellant.

Randy P. Scheer, Blackwell Sanders Matheny Weary & Lombardi, Kansas City, for defendant-respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from entry of summary judgment in favor of the defendant.

Judgment affirmed. Rule 84.16(b).